# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOSHUA MOORE,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:06CV122-1-MU

CALDWELL COUNTY DETENTION
CENTER, ET AL.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2006, Order.

                                            Signed: October 11, 2006

                                            _____
                                            Frank G. Johns, Clerk
                                            United States District Court